UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK MURACA,<br>NANOMOLECULARDX, LLC<br>(a/k/a NMDX, LLC), and<br>METABORX, LLC,<br><br>Defendants. | Case No. 17-11400 |

## DECLARATION

I, Thomas Weber, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. On Tuesday, August 1, 2017, I attended a meeting, called by Patrick Muraca, at the offices of NanoMolecularDX, LLC. At the time I was employed by NanoMolecularDX, LLC as the Chief Information Officer. I had been employed at NanoMolecularDX, LLC for approximately one year, though I had not received all promised salary payments during that time.

2. Five other employees of NanoMolecularDX, LLC attended the August 1, 2017 meeting, and Mr. Muraca stated to us that he was going to provide us with our most recent salary payments. He also stated, in sum and in substance, that "everything was fine with the companies," and that the assets had not been frozen.

3. At the August 1, 2017 meeting, I saw Mr. Muraca write out several checks. He placed them on the counter, and I picked up the check that was in the envelope with my name. A copy of that check is attached hereto as Exhibit #1.

4. I did not attempt to cash the check reflected in Exhibit #2, because I heard that one of the other employees immediately attempted to cash his check and was told by the bank that they could not execute that transaction.

Signed under the pains and penalties of perjury this 24 day of August 2017.

_____
Thomas Weber

NANOMOLECULARDX LLC
105 ELM ST
PITTSFIELD, MA 01201

338
53-7169/2118
1111

Date 7/31/17

Pay to the Order of: Tom Weber

$ 2,715.25

Two Thousand Seven Hundred and Fifteen 25/00 Dollars

**Berkshire**Bank

For: Payroll

0338