UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.17-11400

SECURITIES AND EXCHANGE COMMISSION
Plaintiff

    vs.

ASSENT TO PRELIMINARY
INJUNCTION

PATRICK MURACA
NANOMOLECULARDX, LLC
(a/k/a/NMDX, LLC) and
METABORX, LLC
Defendant

      The defendants will not object to the issuance of the preliminary injunction to be issued August 28, 2017. The defendants understand that the order is entered without prejudice to any party's right to present evidence and seek modification of the order.

                                        Patrick Muraca
                                        NanomolecularDX, LLC
                                        MetaborxDX, LLC


                                        /s/ Anthony P. Doyle, Esq._____
.                                       By; Anthony P. Doyle, Esq.
                                        Their Attorney
                                        8 Bank Row
                                        Pittsfield, MA 01201
                                        BBO 133540
                                        413-499-1701
                                        August 25, 2017

CERTIFICATE OF SERVICE

      I, Anthony P. Doyle, Esq., Attorney for the defendants herein, hereby certify that a copy of the forgoing was served upon counsel for the plaintiff herein via electronic mail and first class mail.

                                                /s/ Anthony P. Doyle_____
                                              Anthony P. Doyle, Esq.