UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

PATRICK MURACA, NANOMOLECULARDX, LLC (a/k/a NMDX, LLC), and METABORX, LLC

    Defendants.

Civil Action No.: 1:17-cv-11400-FDS

## [PROPOSED] ORDER GRANTING NANOMOLECULARDX, LLC'S, NOTICE AND UNOPPOSED MOTION TO SELL OR DISPOSE OF BUSINESS ASSETS

The foregoing Motion to Sell or Dispose of Business Assets in this action is hereby GRANTED. More specifically,

1. NMDX is authorized, but not obligated, to sell or discard the following Assets from its office in Lee, Massachusetts:

- Conference Table
- Small breakroom table
- Small office desks
- Desk & conference table chairs
- 42" Flat Screen TV
- Bookshelf(s)
- Storage Cabinets
- Server rack and cage
- Miscellaneous books
- Miscellaneous printers & monitors
- Laboratory Oven
- Refrigerator
- Miscellaneous laboratory equipment
- Small desk lamps

- Miscellaneous office supplies and peripherals

2. None of the proceeds from any sale of the Assets shall be used for any distribution to NMDX.

3. NMDX shall hold any proceeds of the sale of the Assets in escrow (in its counsel's IOLTA account) and notify the SEC of the amount of any proceeds from any sale of the Assets within 30 days of any such sale, or otherwise notify the SEC that the Assets have been discarded.

IT IS SO ORDERED this 5th day of December, 2019.

_____
The Honorable F. Dennis Saylor IV