UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK MURACA, NANOMOLECULARDX, LLC (a/k/a NMDX, LLC), and METABORX, LLC<br><br>Defendants. | Civil Action No.: 1:17-cv-11400-FDS |

**FINAL JUDGMENT AND PERMANENT INJUNCTION**

On July 31, 2017, the Securities and Exchange Commission ("SEC") filed a complaint against defendants Patrick Muraca, NanoMolecularDX, LLC ("NMDX") and MetaboRX, LLC ("Metabo"). On December 5, 2019, the Court granted plaintiff Securities and Exchange Commission's ("SEC") motion for summary judgment against all defendants, finding that Muraca, NMDX, and Metabo violated the securities laws. The Court granted a permanent injunction against defendant Muraca and ordered Muraca to pay disgorgement and prejudgment interest. On January 17, 2020, the SEC requested the entry of a final judgment that also includes an officer and director bar against defendant Muraca, in accordance with paragraph C of the Prayer for Relief in the SEC's Complaint.

Accordingly, IT IS HEREBY ORDERED, ADJUGED, AND DECREED that:

1. Defendant Patrick J. Muraca is permanently enjoined from engaging in any act or practice in violation of § 17(a) of the Securities Act of 1933, 15 U.S.C. § 77q(a), § 10(b)

of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b), and Rule 10b-5, 17 C.F.R. § 340.10b-5, or aiding, abetting, counseling, commanding, inducing, or procuring any such act or practice;

2. Defendant Patrick J. Muraca is hereby ordered to pay disgorgement in the amount of $411,684, plus prejudgment interest in the amount of $31,442, plus post-judgment interest as provided by statute;

3. Defendant Muraca is hereby prohibited from acting as an officer or director of any public company pursuant to Section 20(e) of the Securities Act [15 U.C.C. §77t(e)] and Section 21(d)(2) of the Exchange Act [15 U.S.C. §78u(d)(2)];

IT IS SO ORDERED this  2nd  day of  April         , 2020.

/s/ F. Dennis Saylor IV
F. Dennis Saylor IV
Chief Judge, United States District Court